UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X
Vandyke Johnson,
                Plaintiff(s),

    -against-                                          20cv3083(GBD)
                                                            PRO SE PRETRIAL
City of New York, et al                                CONFERENCE
                Defendant(s).
---------------------------------------------------------------------------X

       Pro se Plaintiff and counsel for all parties are hereby notified that this case is referred to Magistrate Barbara C. Moses for the purposes of Case Management and Scheduling pursuant to Federal Rule Civil Procedure 16. You are directed to furnish all attorneys in this action with copies of this order and enclosures. If you are unaware of the identity of counsel for any of the parties, you must send a copy of the notice and rules to that party personally.

       All correspondence to the Court should be addressed to the chambers of Magistrate Judge Barbara C. Moses and submitted to the Pro Se Intake Unit, located in the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007 telephone (212) 805-0175.

       Any procedural questions by Pro Se plaintiff should be addressed to the Office of Pro Se Intake Unit at (212) 805-0175.

Dated:  October 29, 2020
          New York, New York

                                                                SO ORDERED:

                                                                 George B. Daniels
                                                                 United States District Judge