

> Application GRANTED. Defendant BronxCare Health Systems shall file its reply papers no later than **March 15, 2021**. SO ORDERED.
>
> _/s/ Barbara Moses_
> Barbara Moses, U.S.M.J.
> March 4, 2021

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 3/4/2021

Milan P. Spisek
914.872.7870 (direct)
203.526.7219 (mobile)
Milan.Spisek@WilsonElser.com

March 2, 2021

Hon. Barbara C. Moses
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

Re:   VANDYKE JOHNSON v CITY OF NEW YORK; DIANA ALAMA, CPS WORKER; JANE DOE, CPS WORKER; BRONX CARE HEALTH SYSTEM; AND DAVID A. HANSELL, Commissioner Administration for Children's Services
Docket No.         :   20-cv-03083 (GBD) (BCM)
WEMED File No.  :   22910.00129

Dear Judge Moses,

This office represents the interests of BronxCare Health Systems. Currently pending is my client's Motion to Dismiss with a return date of March 5, 2021.

We are respectfully requesting that the motion return date be adjourned to March 15, 2021 on consent. This is the first request for an adjournment by BronxCare. The basis of my request is that I had to deal with medical issues related to my 91 year-old mother that has kept me out of the office.

We thank you for your time and attention. We await the further directives of the Court.

Very truly yours,

Wilson Elser Moskowitz Edelman & Dicker LLP

*Milan P Spisek*

Milan P. Spisek
MPS/

cc:

1133 Westchester Avenue | White Plains, NY 10604 | p 914.323.7000 | f 914.323.7001 | wilsonelser.com

Albany, NY | Atlanta, GA | Austin, TX | Baltimore, MD | Beaumont, TX | Birmingham, AL | Boston, MA | Chicago, IL | Dallas, TX | Denver, CO | Detroit, MI
Edwardsville, IL | Florham Park, NJ | Garden City, NY | Hartford, CT | Houston, TX | Jackson, MS | Las Vegas, NV | London, England | Los Angeles, CA
Louisville, KY | McLean, VA | Merrillville, IN | Miami, FL | Milwaukee, WI | Nashville, TN | New Orleans, LA | New York, NY | Orlando, FL | Philadelphia, PA
Phoenix, AZ | San Diego, CA | San Francisco, CA | Sarasota, FL | Seattle, WA | Stamford, CT | St. Louis, MO | Washington, DC | Wellington, FL | White Plains, NY

8687513v.1

**VIA E-MAIL: Teknoman24@gmail.com**
Vandyke Johnson
636 West 172nd Street
Apt. 3
New York, N.Y. 10032

**VIA ECF**
Andrew B. Spears, Esq.
New York City Law Department
100 Church St.
New York, NY 10007
212.356.3159
aspears@law.nyc.gov