```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/19/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VANDYKE JOHNSON,

        Plaintiff,

-against-

CITY OF NEW YORK, et al.,

        Defendants.

20-CV-3083 (GBD) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The publicly accessible audio line (available to nonparties, including members of the public) for the remote conference on April 21, 2021, at 10:00 a.m., which will be held via Microsoft Teams (*see* Dkt. No. 52), has been modified. Nonparties may telephonically attend the conference by dialing **(917) 933-2166** and entering the access code **134552161#**. Nonparties must observe the same decorum as they would at an in-person conference, and must mute their telephone lines throughout the proceeding. Chambers will email the videoconferencing link to the parties.

    The Clerk of Court is respectfully directed to mail a copy of this Order to plaintiff Vandyke Johnson.

Dated: New York, New York
       April 19, 2021

                                              **SO ORDERED.**

                                              _____
                                              **BARBARA MOSES**
                                              **United States Magistrate Judge**