UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VANDYKE JOHNSON,

        Plaintiff,

-against-

CITY OF NEW YORK, et al.,

        Defendants.



20-CV-3083 (GBD) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed (1) plaintiff's letter dated August 5, 2021 (Dkt. No. 58), advising the Court of a "change of circumstances with the City of New York Defendants" – specifically, that the Administration for Children's Services withdrew its neglect petition in the Family Court proceeding – and accordingly, requesting that the Court "re-consider reinstating the Malicious Prosecution charge against the City of New York Defendants," and (2) the City Defendants' letter in response, dated August 11, 2021 (Dkt. No. 59), asking that the Court deny plaintiff's purported motion for reconsideration and/or leave to file a further amended complaint because any further amendment would be futile.

    The Court construes plaintiff's request as a motion for leave to further amend his complaint in light of changed circumstances. The Court will set a briefing schedule for plaintiff's motion for leave to amend at the same time it sets a schedule for the City Defendants' anticipated motion to dismiss.

    The Clerk of Court is respectfully directed to mail a copy of this Order to plaintiff Vandyke Johnson.

Dated: New York, New York
       August 11, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**