USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/6/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VANDYKE JOHNSON,

        Plaintiff,

-against-

CITY OF NEW YORK, et al.,

        Defendants.

20-CV-03083 (GBD) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    It has come to the Court's attention that plaintiff's memorandum in opposition to defendants' motion to dismiss, as filed on the Court's electronic docket (Dkt. No. 81), does not include any Exhibit A. However, the parties have confirmed that a hard copy of the opposition memorandum, including Exhibit A, was served on the defendants, who addressed Exhibit A in their reply memorandum. (*See* Dkt. No. 83 at 2-3, 8-9.)

    It is hereby ORDERED that no later than the close of business on **July 8, 2022**, plaintiff shall file Exhibit A to his opposition memorandum on the public docket. Exhibit A shall be filed in the same form in which it was served on defendants, except that the full names and birthdates of the minor children, as well as social security or financial account numbers, shall be redacted before filing as required by Fed. R. Civ. P. 5.2(a).

    It is further ORDERED that if defendants' counsel have a current email or text address for the *pro se* defendant, they shall promptly serve a copy of this Order on him by email or text and file proof of such service on the docket. Alternatively, defendants' counsel shall telephone plaintiff and read him a copy of this Order, and file proof of such communication on the docket.

Dated: New York, New York
       July 6, 2022

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**