UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

VANDYKE JOHNSON,

                    Plaintiff,

-against-                              20 **CIVIL** 3083 (GBD)(BCM)

## **JUDGMENT**

THE CITY OF NEW YORK, DIANA ALAMA,
CPS Worker, SHEENA BLAISE, CPS Worker, and
DAVID A. HANSELL, Commissioner of the
Administration of Child Services,

                    Defendants.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated September 21, 2022, Plaintiff's objections are OVERRULED and Magistrate Judge Moses's Report is ADOPTED in full. Defendant's motion to dismiss is GRANTED.

**Dated:** New York, New York

     September 21, 2022

                                                    **RUBY J. KRAJICK**

                                                    _____
                                                        **Clerk of Court**

                                  **BY:**     _K. Mango_

                                                        _____
                                                        **Deputy Clerk**